# EXHIBIT B

# Monkey business: Local government approves tax abatement for primate husbandry facility in Bainbridge

Published 4:54 pm Monday, December 11, 2023

By Ethan Reddish (https://www.thepostsearchlight.com/author/ethanreddish/)



Concept art of the proposed facility.

Members of several local government bodies met at the Kirbo Center on Monday morning to discuss arrangements for the latest industrial project, dubbed "Project Liberty". Members of the Decatur County-Bainbridge Industrial Development Authority, City Council, Decatur County Board of Education, Decatur County Commissioners, and Decatur County Board of Tax Assessors were all present.

"Project Liberty" is the name given to the newest industrial project coming to town; specifically, it is an animal husbandry operation that will be operated by Safer Human Medicine. This project will be based in the Decatur County Industrial Park, and will be a husbandry facility for primates for use in research.

This particular meeting was to discuss a tax abatement for the project; specifically, a 100% tax abatement for the first 10 years of the project. After the first 10 years, the abatement would be reduced by 9% each year, until the property would be 100% taxable. All government bodies present voted to approve the agreements presented to them. According to city manager Chris Hobby, the city has been in discussions about this project since September. This will be a $270 million project, that will bring roughly 263 jobs to the area. "We're excited to see more quality jobs come to the community," Hobby said.

**Email newsletter signup**

**Sign up for our daily email newsletter**

add your email address here, cancel anytime

Subscribe