# EXHIBIT J

Case 1:24-cv-00027-LAG     Document 1-12     Filed 02/13/24     Page 1 of 4

IN THE SUPERIOR COURT OF DECATUR COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | CIVIL ACTION FILE |
| | ) | NO. ~~2300~~ |
| Plaintiff, | ) | 23CV00260 |
| | ) | |
| v. | ) | |
| | ) | |
| DECATUR COUNTY-BAINBRIDGE | ) | |
| INDUSTRIAL DEVELOPMENT AUTHORITY | ) | BOND VALIDATION |
| | ) | |
| and | ) | |
| | ) | |
| SAFER HUMAN MEDICINE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED IN OFFICE
2023 Dec 14 PM 01:14
CECILIA WILLIS
CLERK OF SUPERIOR COURT
DECATUR COUNTY, GEORGIA
2023-304

## RULE NISI ORDER

The within and foregoing Petition and Complaint on behalf of the State of Georgia against Decatur County-Bainbridge Industrial Development Authority and Safer Human Medicine, Inc. by the District Attorney of the South Georgia Judicial Circuit read and considered, it is ORDERED that said Petition and Complaint be filed and that the Defendants be served in the manner provided by law.

IT IS FURTHER ORDERED that the Defendants appear before Judge Lawton C. Heard, Jr. on the 2nd day of January, 2024, at the Decatur County Courthouse, at 09:00 a.m., and then and there make answer touching upon all matters contained in said Petition and Complaint and show cause, if any exists, why the Decatur County-Bainbridge Industrial Development Authority Taxable Revenue Bond (Project Liberty), Series 2023, in a principal face amount not to exceed $300,000,000, described in said Petition and Complaint, the security therefor and the documents related thereto, should not be confirmed and validated as provided by law.

1

IT IS FURTHER ORDERED, in accordance with the Revenue Bond Law, the Clerk of this Court is hereby directed to publish in *The Post Searchlight*, being the official newspaper which is the legal organ of Decatur County where the Authority maintains its principal office and its residence for the purposes of legal situs, in which sheriff's advertisements appear for Decatur County, Georgia, as provided in O.C.G.A. § 36-82-76, in each of the two successive weeks immediately preceding the week of said hearing, a notice to the public that on the date hereinabove specified in this order, the above-stated cause, the same being a Petition and Complaint for the purpose of confirming and validating said Bond described in the foregoing, and passing upon all matters pertaining to the right to issue and the validity of said Bond and the security therefor (including the Rental Agreement, the Bond Purchase Agreement, the Security Deed, the Option Agreement, the Project Agreement and the Bond Resolution referred to in the Petition and Complaint), will be heard and determined, and any citizen of the State of Georgia residing in Decatur County, Georgia, or any person wherever residing who may have a right to object, may become a party to this proceeding.

Let a copy of the Petition and Complaint and this order be served upon the Defendants, and let said Defendants, by their proper officers, make sworn answer, as is provided by law.

[Execution on Next Page]



2

# IN THE SUPERIOR COURT OF DECATUR COUNTY

# STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | CIVIL ACTION FILE NO. _____ |
| Plaintiff, | ) | |
| v. | ) | |
| DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY | ) | BOND VALIDATION |
| and | ) | |
| SAFER HUMAN MEDICINE, INC., | ) | |
| Defendant. | ) | |

## Signature Page to RULE NISI

This  14th day of December, 2023.

_____
JUDGE, SUPERIOR COURT OF
DECATUR COUNTY

Prepared By:

Michael E. Kozlarek, Esq.
King Kozlarek Law LLC
121 North West Street
Unit B
Bainbridge, Georgia 39817
State Bar No.: 141591

3