# EXHIBIT K

## NOTICE TO THE PUBLIC

YOU ARE HEREBY NOTIFIED that on the 2nd day of January, 2024, at 09:00 a.m., at the Decatur County Courthouse, Judge Lawton C. Heard, Jr. of the Superior Court of Decatur County, Georgia, will hear the case of the <u>STATE OF GEORGIA v. DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY AND SAFER HUMAN MEDICINE, INC.</u>, Civil Action File No. 23CV00260, in the Superior Court of Decatur County, Georgia, the same being a proceeding to confirm and validate the Decatur County-Bainbridge Industrial Development Authority Taxable Revenue Bond (Project Liberty), Series 2023 ("Bond") and the security therefor and related agreements. Said Bond is to be in the principal face amount of $300,000,000, payable as described in the Bond Resolution adopted by the Decatur County-Bainbridge Industrial Development Authority ("Authority") on December 11, 2023 ("Bond Resolution"), and is to be used to finance the acquisition, construction, installation and modification of a group of animal husbandry facilities and other related facilities and other building(s) and improvements totaling approximately 1.75 million square feet as may be appropriate on land located in the Decatur County, Georgia, together with building fixtures, systems, machinery and building equipment, as more thoroughly described in the Project Agreement ("Project"). The Project is to be rented to Safer Human Medicine, Inc., a Delaware corporation ("Company"), pursuant to a Rental Agreement, dated as of January 1, 2024, or such other date to which the parties may agree, between the Authority and the Company ("Rental Agreement"). Principal of and interest on the Bond will be secured by an assignment of payments required to be made to the Authority under the Rental Agreement. The Authority will grant the Company an option to purchase the Project pursuant to an Option Agreement, dated as of January 1, 2024, or such other date to which the parties may agree, between the Company and the Authority. The Court will also pass on the validity of the aforementioned Rental Agreement, the

FILED IN OFFICE
2023 Dec 14 PM 01:14
CECILIA WILLIS
CLERK OF SUPERIOR COURT
DECATUR COUNTY, GEORGIA
2023-304

Option Agreement, a certain Bond Purchase Agreement, dated as of January 1, 2024, or such other date to which the parties may agree ("Bond Purchase Agreement"), between the Authority and the Company, as initial bond purchaser, a certain Project Agreement, dated effective December 11, 2023 ("Project Agreement"), between the Authority and the Company, a certain Deed to Secure Debt and Security Agreement, dated as of January 1, 2024, or such other date to which the parties may agree ("Security Deed"), between the Authority and the Company, as initial bond purchaser, and the Bond Resolution. The Bond will not constitute the pecuniary obligation of the Authority but shall be payable solely from rentals received from the Company under the aforementioned Rental Agreement. **NO PERFORMANCE AUDIT OR PERFORMANCE REVIEW SHALL BE CONDUCTED WITH REGARD TO THE BOND.** Any citizen of the State of Georgia residing in Decatur County, Georgia, or any other person wherever residing who has a right to object, may intervene and become a party to this proceeding.

This 14th day of December, 2023.

                                              _____
                                              CLERK, SUPERIOR COURT OF
                                              DECATUR COUNTY