# EXHIBIT L

**EXHIBIT A
TO ANSWER OF THE
DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY**

**GENERAL MANAGER'S AFFIDAVIT**

Decatur County

      I, JOHN WELLS, DO HEREBY CERTIFY that I am an authorized representative of the publisher of <u>The Post Searchlight</u>, being the official newspaper in which sheriff's advertisements appear for Decatur County, Georgia, and the attached notice of validation hearing was published in said newspaper on the following dates, to-wit: December 20, 2023, and December 27, 2023.

                                              _____
                                              Name: John Wells
                                              Title: General Manager

Sworn to and subscribed
before me this 27th day of December, 2023.

_____
Notary Public

My Commission expires:

[NOTARIAL SEAL]

[Attach clipping.]

## PUBLIC NOTICE

### NOTICE TO THE PUBLIC

YOU ARE HEREBY NOTIFIED that on the 2nd day of January, 2024, at 09:00 a.m., at the Decatur County Courthouse, Judge Lawton C. Heard, Jr. of the Superior Court of Decatur County, Georgia, will hear the case of the STATE OF GEORGIA v. DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY AND SAFER HUMAN MEDICINE, INC., Civil Action File No. 23CV00260, in the Superior Court of Decatur County, Georgia, the same being a proceeding to confirm and validate the Decatur County-Bainbridge Industrial Development Authority Taxable Revenue Bond (Project Liberty), Series 2023 ("Bond") and the security therefor and related agreements. Said Bond is to be in the principal face amount of $300,000,000, payable as described in the Bond Resolution adopted by the Decatur County-Bainbridge Industrial Development Authority ("Authority") on December 11, 2023 ("Bond Resolution"), and is to be used to finance the acquisition, construction, installation and modification of a group of animal husbandry facilities and other related facilities and other building(s) and improvements totaling approximately 1.75 million square feet as may be appropriate on land located in the Decatur County, Georgia, together with building fixtures, systems, machinery and building equipment, as more thoroughly described in the Project Agreement ("Project"). The Project is to be rented to Safer Human Medicine, Inc., a Delaware corporation ("Company"), pursuant to a Rental Agreement, dated as of January 1, 2024, or such other date to which the parties may agree, between the Authority and the Company ("Rental Agreement"). Principal of and interest on the Bond will be secured by an assignment of payments required to be made to the Authority under the Rental Agreement. The Authority will grant the Company an option to purchase the Project pursuant to an Option Agreement, dated as of January 1, 2024, or such other date to which the parties may agree, between the Company and the Authority. The Court will also pass on the validity of the aforementioned Rental Agreement, the Option Agreement, a certain Bond Purchase Agreement, dated as of January 1, 2024, or such other date to which the parties may agree ("Bond Purchase Agreement"), between the Authority and the Company, as initial bond purchaser, a certain Project Agreement, dated effective December 11, 2023 ("Project Agreement"), between the Authority and the Company, a certain Deed to Secure Debt and Security Agreement, dated as of January 1, 2024, or such other date to which the parties may agree ("Security Deed"), between the Authority and the Company, as initial bond purchaser, and the Bond Resolution. The Bond will not constitute the pecuniary obligation of the Authority but shall be payable solely from rentals received from the Company under the aforementioned Rental Agreement. NO PERFORMANCE AUDIT OR PERFORMANCE REVIEW SHALL BE CONDUCTED WITH REGARD TO THE BOND. Any citizen of the State of Georgia residing in Decatur County, Georgia, or any other person wherever residing who has a right to object, may intervene and become a party to this proceeding.
This 14th day of December, 2023.
DEPUTY CLERK, SUPERIOR COURT OF DECATUR COUNTY

The Post Searchlight:
Dec. 20 and 27, 2023
PUBLIC HEARING

## PUBLIC NOTICE

### NOTICE TO THE PUBLIC

YOU ARE HEREBY NOTIFIED that on the 2nd day of January, 2024, at 09:00 a.m., at the Decatur County Courthouse, Judge Lawton C. Heard, Jr. of the Superior Court of Decatur County, Georgia, will hear the case of the STATE OF GEORGIA v. DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY AND SAFER HUMAN MEDICINE, INC., Civil Action File No. 23CV00260, in the Superior Court of Decatur County, Georgia, the same being a proceeding to confirm and validate the Decatur County-Bainbridge Industrial Development Authority Taxable Revenue Bond (Project Liberty), Series 2023 ("Bond") and the security therefor and related agreements. Said Bond is to be in the principal face amount of $300,000,000, payable as described in the Bond Resolution adopted by the Decatur County-Bainbridge Industrial Development Authority ("Authority") on December 11, 2023 ("Bond Resolution"), and is to be used to finance the acquisition, construction, installation and modification of a group of animal husbandry facilities and other related facilities and other building(s) and improvements totaling approximately 1.75 million square feet as may be appropriate on land located in the Decatur County, Georgia, together with building fixtures, systems, machinery and building equipment, as more thoroughly described in the Project Agreement ("Project"). The Project is to be rented to Safer Human Medicine, Inc., a Delaware corporation ("Company"), pursuant to a Rental Agreement, dated as of January 1, 2024, or such other date to which the parties may agree, between the Authority and the Company ("Rental Agreement"). Principal of and interest on the Bond will be secured by an assignment of payments required to be made to the Authority under the Rental Agreement. The Authority will grant the Company an option to purchase the Project pursuant to an Option Agreement, dated as of January 1, 2024, or such other date to which the parties may agree, between the Company and the Authority. The Court will also pass on the validity of the aforementioned Rental Agreement, the Option Agreement, a certain Bond Purchase Agreement, dated as of January 1, 2024, or such other date to which the parties may agree ("Bond Purchase Agreement"), between the Authority and the Company, as initial bond purchaser, a certain Project Agreement, dated effective December 11, 2023 ("Project Agreement"), between the Authority and the Company, a certain Deed to Secure Debt and Security Agreement, dated as of January 1, 2024, or such other date to which the parties may agree ("Security Deed"), between the Authority and the Company, as initial bond purchaser, and the Bond Resolution. The Bond will not constitute the pecuniary obligation of the Authority but shall be payable solely from rentals received from the Company under the aforementioned Rental Agreement. NO PERFORMANCE AUDIT OR PERFORMANCE REVIEW SHALL BE CONDUCTED WITH REGARD TO THE BOND. Any citizen of the State of Georgia residing in Decatur County, Georgia, or any other person wherever residing who has a right to object, may intervene and become a party to this proceeding.
This 14th day of December, 2023.
DEPUTY CLERK, SUPERIOR COURT OF DECATUR COUNTY

The Post Searchlight:
Dec. 20 and 27, 2023
PUBLIC HEARING