# EXHIBIT O

IN THE SUPERIOR COURT OF DECATUR COUNTY
STATE OF GEORGIA

STATE OF GEORGIA,

    Plaintiff,

v.

DECATUR COUNTY-BAINBRIDGE
INDUSTRIAL DEVELOPMENT AUTHORITY
and SAFER HUMAN MEDICINE, INC.,

    Defendants.

Civil Action File No.
23CV00260

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
DECATUR COUNTY, GEORGIA
**23CV00260**
**LAWTON C. HEARD, JR.**
**JAN 31, 2024 11:52 AM**

*Cecilia Willis, Clerk*
*Decatur County, Georgia*

## NOTICE OF APPEAL

Plaintiff the State of Georgia hereby gives notice that it appeals to the Court of Appeals of Georgia from the Bond Validation Order entered in this action on January 2, 2024.

Pursuant to O.C.G.A. §§ 36-82-77(a) and 5-6-34(a)(4), the Bond Validation Order is directly and immediately appealable, and is a final judgment pursuant to O.C.G.A § 5-6-34(a)(1). The Court of Appeals, rather than the Supreme Court, has jurisdiction of this appeal under Ga. Const. of 1983, art. VI, § 5, ¶ 3 because this appeal does not present issues within the exclusive jurisdiction of the Supreme Court, as identified in the Ga. Const. of 1983, art. VI, ¶¶ 2 and O.C.G.A § 15-3-3.1(c).

The undersigned respectfully request that the Clerk please include everything and omit nothing from the record on appeal. Any transcript on the January 2, 2024 hearing will be filed for inclusion in the record on appeal.

Respectfully Submitted, this 31st day of January, 2024.

Joe Mulholland
District Attorney/Plaintiff
South Georgia Circuit
Bar No. 527912
P.O. Box 1870
Bainbridge, GA 39818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused this NOTICE OF APPEAL to be served on all parties of record through the Court's e-filing system.

This 30th day of January 2024.

/s/ _____
Joseph Mulholland,