# EXHIBIT P

**Jones, Walter**

| | |
|---|---|
| **From:** | Michael Kozlarek <michael@kingkozlarek.com> |
| **Sent:** | Friday, February 2, 2024 3:53 PM |
| **To:** | Jones, Walter |
| **Cc:** | Roger Murray; Archer, Joshua; tomconger@bellsouth.net |
| **Subject:** | RE: Safer Human Medicine, Inc. |

**[External Email] Please use caution.**

Walt – thank you. Earlier today, the Board voted to revoke its approval of the Bond Resolution and related documents and has directed that we file a response to the DA's Motion consistent with the vote. We will ensure you get a copy once its filed.

Also, as we discussed a short time ago, although I was not in the "business portion" of the meeting, this is what I understand was read as the motion to "revoke."

I move to revoke the Authority's approval of the Bond Resolution, adopted on December 11, 2023, including all related documents, to consent to the rescission of the Court's Bond Validation Order, filed on or about January 2, 2024, and related to Project Liberty, to consent to the withdrawal of all answers and acknowledgments and other pleadings in the bond validation proceeding related to Project Liberty, to consent to the rescission of the District Attorney's Petition and Complaint, filed on or about December 14, 2023, to consent to the dismissal of the bond validation action, including all pleadings, motions, notices, etc., to consent to the rescission of this Authority's Notice to the District Attorney, dated on or about December 11, 2023, and to direct King Kozlarek Root Law in consultation with Conger & Smith to file a formal response to the District Attorney's Motion to Reconsider and all other filings in the Bond Validation consistent with this Motion.