**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| **SAFER HUMAN MEDICINE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **Civil Action File No.** |
| **DECATUR COUNTY-BAINBRIDGE** | ) **1:24-CV-00027-LAG** |
| **INDUSTRIAL DEVELOPMENT** | ) |
| **AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ACCEPTANCE OF SERVICE

I, the undersigned, as Attorney for the Decatur County-Bainbridge Industrial Development Authority, having been duly authorized to do so by the same, acknowledge service of a copy of the Verified Complaint in the captioned action on February 16, 2024.

                                        KING KOZLAREK ROOT LAW LLC
                                        *Counsel for Decatur County-Bainbridge*
                                        *Industrial Development Authority*

                                        */s/ Michael E. Kozlarek*
                                        Michael E. Kozlarek
                                        Georgia Bar No.:141591
                                        223 North Donalson Street, Suite 36
                                        Bainbridge, Georgia 39817
                                        Telephone: 229.726.0127

February 20, 2024