IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SAFER HUMAN MEDICINE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File No. |
| DECATUR COUNTY-BAINBRIDGE | ) 1:24-CV-00027-LAG |
| INDUSTRIAL DEVELOPMENT | ) |
| AUTHORITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE: the undersigned counsel appears on behalf of the Decatur County-Bainbridge Industrial Development Authority in the captioned action.

                                                                                 KING KOZLAREK ROOT LAW LLC
*Counsel for Decatur County-Bainbridge
Industrial Development Authority*

*/s/ Michael E. Kozlarek*
Michael E. Kozlarek
Georgia Bar No.:141591
223 North Donalson Street, Suite 36
Bainbridge, Georgia 39817
Telephone: 229.726.0127

February 20, 2024