# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| SAFER HUMAN MEDICINE, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) **Civil Action File No.** <br> DECATUR COUNTY-BAINBRIDGE ) **1:24-CV-00027-LAG** <br> INDUSTRIAL DEVELOPMENT ) <br> AUTHORITY, ) <br> ) <br> **Defendant.** ) | |

## CONSENT ORDER ON MOTION TO STAY CASE

Before the Court is the Consent Motion to Stay Case (Doc. 7) filed by Plaintiff Safer Human Medicine, Inc. and Defendant Decatur County-Bainbridge Development Authority (collectively, the "Parties"). It appearing the Parties have reached an agreement on the resolution of this Motion and Plaintiff's Motion for Preliminary Injunction (Doc. 2) it is hereby ORDERED as follows:

1. The closing deadline stated in the Project Agreement[1] and all other deadlines related to the Project are hereby tolled so as to maintain the status quo pending resolution of this case.

2. The Court understands an appeal has been noticed from the Superior Court of Decatur County, Georgia, in the case of *State v. Decatur County-Bainbridge Industrial Development Authority, et al.*, No. 23CV00260, to the Georgia Court of Appeals, but that appeal

---

[1] Capitalized terms have the meanings given them in Plaintiff's Verified Complaint, Doc. 1.

has not yet been docketed. That appeal may have some affect on the issues in this case. Accordingly, all deadlines in this case, including the deadline for Defendant Decatur County-Bainbridge Industrial Development Authority to answer the Verified Complaint, are stayed until the later of the termination of the appeal or 120 days from the date of this Order.

      3.      The Parties shall submit a status report to this Court within ten (10) days of the resolution of that appeal. If the appeal is not resolved on or before June 5, 2024, the Parties shall submit the status report on that date. The status report shall state the Parties' position(s) on whether this case should remain stayed.

So ordered this _____ day of _____, 2024.

_____
Judge Leslie Abrams Gardner
District Court for the Middle District of Georgia