# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| SAFER HUMAN MEDICIN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:24-cv-00027-LAG |
| v. ) | |
| ) | |
| DECATUR COUNTY-BAINBRIDGE ) | |
| INDUSTRIAL DEVELOPMENT ) | |
| AUTHORITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## MOTION TO INTERVENE BY JUNE FAIRCLOTH, CHAD DOLLAR, LISA DASILVA AND KRISTINA MARTIN

Pursuant to Federal Rules of Civil Procedure 24(a) and 24(b), June Faircloth, Chad Dollar, Lisa DaSilva and Kristina Martin (collectively, the "Residents") hereby move the Court for an Order allowing them to intervene in this action for the purpose of defending against Plaintiff Safer Human Medicine, Inc.'s ("SHM") claims that it is entitled to enforce certain contracts against multiple public entities, including Defendant County-Bainbridge Industrial Development Authority (the "Authority"). The Residents should be permitted to intervene so that they may defend their interests as citizens and taxpayers within the jurisdiction of the Authority and other public entities, and also defend their interests as the plaintiffs in a state action

pending in the Superior Court of Decatur County that relates to the same agreements at issue here. The grounds for this motion, are set forth in the concurrently filed Memorandum of Law, the pleadings of record, and any other evidence the Court deems proper and just.

Dated:      April 25, 2024                    ARNALL GOLDEN GREOGRY LLP

By: */s/ Rebecca A. Davis*
    Rebecca A. Davis
    Georgia Bar No. 141711
    Jennifer Shelfer
    Georgia Bar No. 557213
    171 17th Street, N.W., Suite 2100
    Atlanta, GA 30363
    Telephone:  404.873.8768 (Davis)
    Telephone:  404.873.7004 (Shelfer)
    Rebecca.Davis@agg.com
    Jennifer.Shelfer@agg.com

    *Attorneys for June Faircloth, Chad Dollar, Lisa DaSilva and Kristina Martin*

## **CERTIFICATE OF SERVICE**

I certify that on April 25, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Rebecca A. Davis*
Rebecca A. Davis

4857-4845-5609.v1