IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| SAFER HUMAN MEDICINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action File No. |
| DECATUR COUNTY-BAINBRIDGE | ) | 1:24-CV-00027-LAG |
| INDUSTRIAL DEVELOPMENT | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY'S
RESPONSE TO
SAFER HUMAN MEDICINE INC.'S MOTION TO INTERVENE**

Defendant, Decatur County-Bainbridge Industrial Development Authority ("Defendant"),

by its undersigned attorneys, in responding to June Faircloth, Chad Dollar, Lisa DaSilva, and

Kristina Martin's (collectively, "Residents") Motion to Intervene, filed April 25, 2024, would

respectfully show unto this Court the following:

On February 2, 2024, Defendant voted (a) to revoke its approval of the Bond Resolution,

which Defendant had adopted on December 11, 2023 (including all related documents), (b) to

consent to the rescission of the Bond Validation Order of the Superior Court of Decatur County,

Georgia, entered January 2, 2024, in the matter of *State of Georgia vs. Decatur County-Bainbridge

Industrial Development Authority, and Safer Human Medicine, Inc.*, 23CV00260 ("Bond

Validation Proceeding"), (c) to consent to the withdrawal of all answers and acknowledgments

and other pleadings in the Bond Validation Proceeding, (d) to consent to the rescission of the

District Attorney's Petition and Complaint, filed December 14, 2023, in the Bond Validation

Proceeding (e) to consent to the dismissal of the Bond Validation Proceeding, including all

pleadings, motions, notices, etc., (f) to consent to the rescission of Defendant's Notice to the District Attorney, dated December 11, 2023, related to the Bond Validation Proceeding.

This Defendant does not object to Residents' intervening in this matter.

THIS DEFENDANT'S ELECTION NOT TO OBJECT SHOULD NOT BE TAKEN BY THE COURT, OR ANYONE ELSE READING THIS FILING, AS ANY FORM OF COLLUSION WITH RESIDENTS, OR ACQUIESCENCE WITH RESIDENTS' SUBSTANTIVE POSITION, BUT RATHER IS MERELY A PART OF THE LITIGATION PROCESS TRYING TO BRING THIS MATTER TO A CONCLUSION AS EFFICIENTLY AS POSSIBLE SO ALL PENDING LEGAL MATTERS RELATED TO THIS DEFENDANT CAN BE RESOLVED.

Respectfully submitted,

KING KOZLAREK ROOT LAW LLC

*/s/ Michael E. Kozlarek*
Michael E. Kozlarek
Georgia Bar No.:141591
223 North Donalson Street, Suite 36
Bainbridge, Georgia 39817
Telephone: 229.726.0127
michael@kingkozlarek.com
*Counsel for Decatur County-Bainbridge*
*Industrial Development Authority*

April 29, 2024