# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| SAFER HUMAN MEDICINE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action File No. |
| DECATUR COUNTY-BAINBRIDGE INDUSTRIAL DEVELOPMENT AUTHORITY, | ) 1:24-cv-00027-LAG |
| Defendant. | ) |

## JOINT STATUS REPORT

COME NOW Plaintiff Safer Human Medicine, Inc. ("Safer Human") and Defendant Decatur County-Bainbridge Industrial Development Authority (the "Authority" and, collectively with Safer Human, the "Parties") and file this Joint Status Report, showing the Court as follows:

On February 26, 2024, the Court entered its Order [Doc. 10] granting Safer Human's Motion for Preliminary Injunction [Doc. 2] and staying all deadlines in this case pending the termination of the appeal styled *State v. Decatur County-Bainbridge Industrial Development Authority, et al.*, No. 23CV00260 (the "Appeal"), currently pending before the Georgia Court of Appeals. The Court directed the Parties to submit a status report within ten (10) days of the termination of the Appeal or on or before Wednesday, June 5, 2024, if the Appeal had not terminated before then.

The Appeal has not terminated. The Appeal is set for oral argument on June 13, 2024, at 10:00 AM. The Appeal is docketed to the Georgia Court of Appeals' April 2024 term, and therefore the Appeal must be decided on or before November 1, 2024.

Given the continued pendency of the Appeal, the Parties request the deadlines in this case remain stayed. The Parties will submit a further status report within ten (10) days of the termination of the Appeal or on or before November 11, 2024, whichever is sooner.

Respectfully submitted this 5th day of June, 2024.

| | |
|---|---|
| */s/ Michael Kozlarek*  <br>*(with express permission by T. Joshua R. Archer)*  <br>Michael Kozlarek  <br>Georgia Bar No. 141591  <br>Email: michael@kingkozlarck.com  <br><br>**KING KOZLAREK ROOT LAW LLC**  <br>223 North Donalson Street, Suite 36  <br>Bainbridge, Georgia 39817  <br>Telephone: (229) 726 – 0127  <br><br>*Counsel for Decatur County-Bainbridge Industrial Development Authority* | */s/ T. Joshua R. Archer*  <br>Alfreda L. Sheppard  <br>Georgia Bar No. 525106  <br>Email: asheppard@watsonspence.com  <br>F. Faison Middleton, IV  <br>Georgia Bar No. 504745  <br>Email: fmiddleton@watsonspence.com  <br><br>**WATSON SPENCE LLP**  <br>320 Residence Avenue  <br>Albany, GA 31701  <br>Telephone:   (229) 436-1545  <br>Facsimile:    (229) 436-6358  <br><br>T. Joshua R. Archer  <br>Georgia Bar No. 021208  <br>Email: jarcher@balch.com  <br>Walter E. Jones  <br>Georgia Bar No. 163287  <br>Email: wjones@balch.com  <br>Hugh Peterson  <br>Georgia Bar No. 574212  <br>Email: hpeterson@balch.com  <br>Patrick Silloway  <br>Georgia Bar No. 971966  <br>Email: psilloway@balch.com  <br>Jordan Walker  <br>Georgia Bar No. 861627  <br>Email: jwalker@balch.com  <br><br>**BALCH & BINGHAM LLP**  <br>30 Ivan Allen Jr. Boulevard, N.W.  <br>Suite 700  <br>Atlanta, GA 30308  <br>Telephone:   (404) 261-6020  <br>Facsimile:    (404) 261-3656  <br><br>*Attorneys for Plaintiff SAFER HUMAN MEDICINE, INC.* |

## **CERTIFICATE OF SERVICE**

I certify that on June 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ T. Joshua R. Archer*
T. Joshua R. Archer
Georgia Bar No. 021208
